# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I** - Please type. Attach additional pages if necessary.

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

| | |
|---|---|
| U.S.C.A. Caption: | United States of America vs. Ivan Prieto |
| U.S.C.A. No.: | 23-1734 |
| District: | Eastern District of Pennsylvania |
| D.C. Docket No.: | 2-19-cr-000269-001 |
| Date Judgment: | 4/4/23 |
| Filed Date in D.C.: | |
| Date NOA filed: | 4/14/23 |

Is this a Cross-Appeal?   Yes ☐   No ☑

Was there a previous appeal in case?   Yes ☐   No ☑

If yes, Short Title: _____

Appeal Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

**PART II**

Please indicate basis of appeal:
**NOTE:** This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☑ Judgment of Conviction/Commitment.

　　☑ (A) Sentence　　☐ (B) Conviction　　☐ (C) Both

☐ Appeal will challenge <u>only</u> the merits of the underlying conviction.

☐ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☑ Appeal will challenge only the validity of the sentence imposed.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this 9th day of January, 2024.

_[signature]_
Signature of Counsel for Appellant

**Christian J. Hoey, Esquire**
Name

**50 Darby Road, Paoli, PA 19301**
Address, City, State & Zip Code

(610) 647-5151
Area Code & Telephone No.